KAREN L. LOEFFLER
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska   99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov
Alaska Bar No. 8209092

Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| G.A.W.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Defendant. | Case No. 3:13-cv-00218 RRB<br><br><br>**NOTICE OF SETTLEMENT** |

     The United States, via counsel, notifies the Court that the parties have reached a negotiated settlement of the claims in this action.    A Stipulation for Dismissal with a proposed Order will be filed within 30 days.

RESPECTFULLY SUBMITTED on July 16, 2015.

KAREN L. LOEFFLER
United States Attorney


s/Gary M. Guarino
Assistant U.S. Attorney
Attorney for the Defendant


**CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2015,
a copy of the foregoing was served on:

Kenneth A. Norsworthy, Esq.

s/ Gary M. Guarino

*G.A.W. v The United States,*
Case No. 3:13-cv-00218-RRB               2