KAREN L. LOEFFLER
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov
Alaska Bar No. 8209092

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| G.A.W.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 3:13-cv-00218 RRB<br><br>**JOINT STIPULATION OF DISMISSAL** |

The Plaintiff and the Defendant, through counsel, stipulate that all claims that were asserted or could have been asserted by Plaintiff against the United States in this action may be dismissed with prejudice, with each party to bear its own costs, expenses and attorney's fees.

RESPECTFULLY SUBMITTED on July 22, 2015.

                                                        KAREN L. LOEFFLER
                                                       United States Attorney

                                                       <u>s/Gary M. Guarino</u>
                                                       Assistant U.S. Attorney
                                                       Attorney for the Defendant

                                                       Law Office of Kenneth Norsworthy
                                                      Attorney for Plaintiff

                                                       <u>s/Kenneth A. Norsworthy</u>
                                                       ABA No. 7705055

**CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2015,
a copy of the foregoing was served on:

Kenneth A. Norsworthy, Esq.

<u>s/ Gary M. Guarino</u>

*G.A.W. v The United States,*
Case No. 3:13-cv-00218-RRB                 2